AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br>v.<br>QIANG HU a/k/a JOHNSON HU<br><br>*Defendant(s)* | )<br>)<br>) Case No. 12-mj-2097-MBB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __no later than March 2007- present__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| International Emergency Economic Powers Act, 50 U.S.C. §1705(a) and (c). | Willfully conspire to violate Export Administration Regulations, 15 C.F.R. §§ 736.2(9) & 764.2, and Executive Order 13222 by illegally exporting U.S. origin parts to end-users in China and elsewhere in violation of U.S. export regulations and the terms of issued U.S. Department of Commerce licenses. |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Catherine L. Donovan, U.S. Department of Commerce, Office of Export Enforcement.

☒ Continued on the attached sheet.

*Complainant's signature*

Special Agent Catherine L. Donovan, DOC/OEE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/18/2012

City and state: Boston, MA

MAGISTRATE JUDGE TIMOTHY S. HILLMAN
*Printed name and title*