UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>QIANG HU | No. 12-MJ-02097-MBB |

MOTION TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court for leave to withdraw as counsel for the defendant in this matter.  As grounds for this motion, the undersigned states that the defendant, Qiang Hu, has retained private counsel who have filed their notice of appearance.

                                QIANG HU
                                By his attorney,

                                /s/ Stylianus Sinnis
                                Stylianus Sinnis
                                  B.B.O. #560148
                                Federal Defender Office
                                51 Sleeper Street, 5th Floor
                                Boston, MA 02210
                                Tel:  617-223-8061

CERTIFICATE OF SERVICE

I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 30, 2012.

                                /s/ Stylianus Sinnis
                                Stylianus Sinnis